UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE: )
)
MICKEY ANDREE WHITE )
)
)
LINDA SUSAN WHITE )
)
)
Debtors. ) Case No. 13-10665-R
(Chapter 13)

**STATEMENT OF UNCLAIMED FUNDS**

In accordance with 11 U.S.C. Section 347(a) and Federal Rule of Bankruptcy Procedure 3011, Lonnie D. Eck, Standing Chapter 13 Trustee For the Northern District of Oklahoma, hereby states that final distribution has been made under 11 U.S.C. Section 1326, and that all remaining funds of this estate held by the Trustee in the total sum of $1,411.30 have this date been paid into the Clerk of the Court as unclaimed funds, and that so far as known to the Trustee, the name and address of the entity and the amount to which it is entitled, is as follows:

Marie Ford                              $1,411.30
311 West 40th Place
Sand Springs, OK  74063

                                         _____

Total                                   $1,411.30

Note:  The Trustee's staff has been advised that this claimant is deceased but no additional information has been received which would enable the Trustee to disburse these funds to the proper party or parties.

s/ Lonnie D. Eck
Lonnie D. Eck
Standing Chapter 13 Trustee
Northern District of Oklahoma
P O Box 2038
Tulsa, Oklahoma 74101-2038
(918) 599-9901